UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

    Plaintiff,

v.

BAIRD LANDS, INC., et al.,

    Defendants.

Case No.18-cv-05365-VKD

**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER**

On January 14, 2019, the Court granted the parties' stipulation to forego the joint site inspection mandated under General Order 56 based on the parties' representation that they had reached an agreement regarding remediation of the barriers to access by a date certain. Dkt. Nos. 14, 15. The Court additionally ordered the parties to submit a joint status report updating the Court on the progress of settlement discussions and the status of the final settlement agreement by January 31, 2019. Dkt. No. 15. The parties did not submit the joint status report by January 31.

Accordingly, the parties are ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against them for failure to file the joint status report as the Court ordered. A written response to this Order must be filed by **February 8, 2019**. The Court will hold a hearing on this Order to Show Cause on **February 12, 2019, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95008.

**IT IS SO ORDERED.**

Dated: February 4, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge