UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BAIRD LANDS, INC., et al.,<br><br>    Defendants. | Case No.18-cv-05365-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

The parties' deadline to complete mediation in this action was June 7, 2019, and plaintiff Scott Johnson's deadline to file a motion for administrative relief requesting a case management conference was June 14, 2019. Dkt. No. 29; *see* Dkt. No. 5. Mr. Johnson did not file a motion for administrative relief, nor did he request relief from the June 14 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **June 25, 2019** and to appear before the Court on **July 2, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 19, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge