UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAIRD LANDS, INC., et al.,<br><br>　　　　Defendants. | Case No.18-cv-05365-VKD<br><br>**ORDER TO SHOW CAUSE RE DEFENDANTS' FAILURE TO COMPLY WITH COURT ORDER** |

On July 23, 2019, the parties appeared for a Case Management Conference. Dkt. No. 41. Based on the parties' Joint Case Management Statement and the discussion held at the conference, the Court ordered defendants Baird Lands, Inc. and Jason's Café, Inc. to file a status report advising the Court on the status of ownership of the property at issue by August 22, 2019 or when escrow closes, whichever is earlier. Dkt. No. 42. Defendants did not submit the status report by August 22, nor did they seek relief from that deadline.

Accordingly, defendants are ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against them for failure to file the status report as the Court ordered. A written response to this Order must be filed by **August 30, 2019**. The Court will hold a hearing on this Order to Show Cause on **September 3, 2019, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95008.

**IT IS SO ORDERED.**

Dated: August 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge